# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jennifer Woodall *Plaintiff* v. Commissioner of Social Security *Defendant* | ) ) ) Civil Action No. 3:18-cv-202 ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND TERMINATING THIS CASE ON THE COURTS DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Remand

Date: 12/18/2018

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk